```
1  MELINDA HAAG, CSBN 132612
   United States Attorney
2  ALEX TSE, CSBN 152348
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
4  E-mail: ila.deiss@usdoj.gov

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12  GALINA ALVA,                       )   Case No. C 12-4431 LHK
                                       )
13              Petitioner,            )
                                       )   STIPULATION OF DISMISSAL
14       v.                            )   WITHOUT PREJUDICE; AND
                                       )   [PROPOSED] ORDER
15                                     )
    ROBERT LOONEY, District Director of United
16  States Citizenship and Immigration Services;
    JANET NAPOLITANO, Secretary, Department
17  of Homeland Security; ERIC HOLDER, U.S.
    Attorney General,
18                                     )
                Respondents.           )
19  _____)

20

21

22  //

23

24       Petitioner, by and though her attorney of record, and Respondents, by and through their

25  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

26  entitled action without prejudice in light of the fact that the United States Citizenship and

27  Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and

28  agrees to do so within 14 days of the dismissal of this action. *See* 8 U.S.C. § 1447(b).
```

Stip. To Dismiss Without Prejudice, C-12-4431 LHK

Each of the parties shall bear their own costs and fees.

Dated: December 19, 2012

       /s/
ALISA S. THOMAS
Attorney for Petitioner

Dated: December 19, 2012

MELINDA HAAG
United States Attorney

       /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Respondents

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 21, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge