```
1   MELINDA HAAG, CSBN 132612
    United States Attorney
2   ALEX TSE, CSBN 152348
    Chief, Civil Division
3   ILA C. DEISS, NY SBN 3052909
    Assistant United States Attorney
4   E-mail: ila.deiss@usdoj.gov

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169
7
    Attorneys for Respondents
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GALINA ALVA, | Case No. C 12-4431 LHK |
| Petitioner, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE; AND [PROPOSED] ORDER** |
| ROBERT LOONEY, District Director of United States Citizenship and Immigration Services; JANET NAPOLITANO, Secretary, Department of Homeland Security; ERIC HOLDER, U.S. Attorney General, | |
| Respondents. | |

//

Petitioner, by and though her attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and agrees to do so within 14 days of the dismissal of this action. *See* 8 U.S.C. § 1447(b).

Stip. To Dismiss Without Prejudice, C-12-4431 LHK

1  Each of the parties shall bear their own costs and fees.

3  Dated: December 19, 2012                /s/
                                           ALISA S. THOMAS
4                                          Attorney for Petitioner

6  Dated: December 19, 2012                MELINDA HAAG
                                           United States Attorney

8                                               /s/
                                           ILA C. DEISS
9                                          Assistant United States Attorney
                                           Attorney for Respondents

12                              **[~~PROPOSED~~] ORDER**

14  Pursuant to stipulation, IT IS SO ORDERED.

19  Date: December 21, 2012              *Lucy H. Koh*
                                         _____
20                                       LUCY H. KOH
                                         United States District Judge

Stip. To Dismiss Without Prejudice, C-12-4431 LHK         2